# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHAURY CAPRIOTTI, | : | CIVIL NO: 4:21-CV-00308 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| MARK SADOWSKI, *et al.*, | : | |
| Defendants. | : | |

## ORDER
February 26, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Capriotti's Fifth Amendment due process and his Fourteenth Amendment substantive due process claims are dismissed pursuant to § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that defendant Stephens's motion (*doc. 58*) for summary judgment is **GRANTED.** The Clerk of Court is directed to enter judgment in favor of defendant Stephens as to Capriotti's Fourth Amendment search, seizure, false arrest, false imprisonment, and malicious prosecution claims as well as his Fourteenth Amendment procedural due process malicious prosecution claim.

**IT IS ALSO ORDERED** that defendants Benjamin and Sadowski's motion (*doc. 56*) for summary judgment is **GRANTED** to the extent that pursuant to the favorable-termination rule of *Heck v. Humphrey*, 512 U.S. 477 (1994), the federal claims against defendants Benjamin and Sadowski are dismissed without prejudice.

**IT IS FURTHER ORDERED** that the court declines to exercise supplemental jurisdiction over any state-law claims. The Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
